No. 01–5541.  CARRELL *v.* SMALL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–5545.  WALKER *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–5548.  WASHINGTON *v.* ALLENDALE CORRECTIONAL INSTITUTION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–5551.  SORRELLS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–5556.  LOZANO *v.* RAMIREZ.  C. A. 11th Cir.  Certiorari denied.

No. 01–5557.  KULKA *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 01–5559.  CHOJNACKI *v.* MADDING, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 01–5560.  LAWSON *v.* NEWLAND, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–5562.  ATTERBERRY *v.* CHILDS, SUPERINTENDENT, CENTRAL MISSISSIPPI CORRECTIONAL FACILITY.  C. A. 5th Cir. Certiorari denied.

No. 01–5563.  RAFAELI *v.* MISSOURI ET AL.  C. A. 8th Cir. Certiorari denied.

No. 01–5564.  WILLIAMS *v.* PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–5568.  HENDRICKS *v.* SOUTH CAROLINA TITLE INSURANCE CO.  C. A. 4th Cir.  Certiorari denied.

No. 01–5570.  CARMELL *v.* TEXAS.  Ct. App. Tex., 2d Dist. Certiorari denied.

No. 01–5571.  DAVIS *v.* KING ET AL.  C. A. 5th Cir.  Certiorari denied.